IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VAN NORT

    Plaintiff,                          No. CIV S-09-1566 KJN (TEMP) P

    vs.

KATHLEEN L. DICKINSON, et al.

    Defendants.                   <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with an action under 42 U.S.C. § 1983. On October 29, 2010, the court extended plaintiff's time to respond to the motion to dismiss through January 10, 2011. Although plaintiff has filed a motion to compel prison official to release him from administrative segregation, he still has not responded to the motion to dismiss.

        Plaintiff must timely respond to the motion to dismiss with an opposition or statement of non-opposition. Failure to do so will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-

////

1

opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  February 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vann1566.osc